UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD A. PERALES,<br><br>        Plaintiff,<br><br> -against-<br><br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK,<br><br>        Defendant. | 23-CV-8389 (LTS)<br><br>CIVIL JUDGMENT |

 For the reasons stated in the October 26, 2023, order, this action is dismissed.

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: October 26, 2023
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge